UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 09-60176-CR-LENARD/O'SULLIVAN

**UNITED STATES OF AMERICA**,

          Plaintiff,

vs.

KELLY RUSSMAN,

          Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION (D.E. 164)

**THIS CAUSE** is before the Court on the Report and Recommendation of U.S. Magistrate Judge John J. O'Sullivan ("Report," D.E. 164), issued on April 11, 2012, recommending that the defendant's Motion to Amend (D.E. 156 denied. To date, no objections to the Report have been filed. Failure to timely file objections shall bar parties from attacking on appeal the factual findings contained in the report. *See Resolution Trust Corp. v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993). Therefore, after an independent review of the Report and record, it is hereby **ORDERED AND ADJUDGED** that:

1. The Report of the Magistrate Judge (D.E. 164) issued on April 11, 2012, is **ADOPTED**.

2. The Defendant's Motion to Amend (D.E. 156) is **denied**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 2nd day of May, 2012.

                                                        **JOAN A. LENARD**
                                                        **UNITED STATES DISTRICT JUDGE**